IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Superior TeleCom Inc., et al.,[1] | ) | Case No. 03 – 10607 (JWV) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., attorneys for the Debtors, in the within captioned action, and that on the 11th day of April, 2003 she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

1. Order (1) Authorizing (a) Continuance and Maintenance of Debtors' Consolidated Cash Management System, (b) Continuance and Maintenance of Debtors' Existing Bank Accounts, (c) Continuance of Intercompany Transactions, (d) Superpriority Status for all Post-Petition Intercompany Claims and (e) Continued Use Existing Business Forms and (2) Granting related Relief.

**Dated:** April 11, 2003

_Michele Santore_
Michele Santore

Sworn to and subscribed before
me this 11th day of April, 2003

_Amy L. Espinosa_
Notary Public

My Commission Expires: 03/25/05

---

[1] The Debtors are the following entities: Superior TeleCom Inc.; Superior Telecommunications Inc.; Superior Telecommunications Realty Company; Essex International Inc.; Essex Group, Inc., a Michigan corporation; Superior Essex Realty Company; Active Industries, Inc.; Diamond Wire & Cable Co.; Essex Funding, Inc.; Essex Services, Inc.; Essex Canada Inc.; Essex Technology, Inc.; Essex Wire Corporation; Essex Group, Inc., a Delaware corporation; Essex Group Mexico Inc. and Essex Mexico Holdings, L.L.C.

82264-001\DOCS_DE:68742.1

Superior Telecommunications
2002 Service List
Case No. 03-10607
Doc. #65872
07 – Hand Delivery
46 – First Class Mail
00 – Overnight Delivery

(Counsel for the Debtors)
Pachulski Stang Ziehl Young & Jones
Laura Davis Jones, Esquire
Michael R. Seidl, Esquire
Curtis A. Hehn, Esquire
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel for the Debtors)
Pachulski Stang Ziehl Young & Jones
James I. Stang, Esquire
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
Mark Kenney
Office of the United States Trustee
844 N. King Street
Room 2313
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Deutsche Bank Trust Company Americas, Admin. Agent for the Prepetition Secured Parties)
Mark Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

*Hand Delivery*
(Counsel for Apollo Management L.P.)
William P. Bowden, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

*Hand Delivery*
(Co-counsel for Official Committee of Unsecured Creditors)
Tobey M. Daluz, Esquire
Jennifer Kelleher, Esquire
Kelley Gordon, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Lyondell Chemical Company and Equistar Chemicals, LP)
Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Advanced Glassfibre Yarns)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

*First Class Mail*
(Counsel for Official Committee of Unsecured Creditors)
Michael S. Fox, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017-5617

*First Class Mail*
(Counsel for Deutsche Bank Trust Company Americas, Admin. Agent for the Prepetition Secured Parties)
Kenneth S. Ziman, Esquire
Simpson Thatcher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Counsel for Deutsche Bank Trust Company Americas,
Admin. Agent for the Prepetition Secured Parties)
David Mack, Esquire
Simpson Thatcher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
(Counsel for GECC)
Mark I. Greenberg, Esquire
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

*First Class Mail*
(Counsel for GECC)
Matt Clemente, Esquire
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

*First Class Mail*
(Counsel for GECC)
John Muller, Esquire
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

*First Class Mail*
(Counsel for Fleet)
Frederick Hyman, Esquire
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820

*First Class Mail*
(Counsel for Apollo)
Frank A. Merola, Esquire
Stutman Treister & Glatt
3699 Wilshire Boulevard, Suite 900
Los Angeles, CA 90010

*First Class Mail*
(Special Litigation Counsel to Debtor)
Jeffrey W. Levitan, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

*First Class Mail*
(Special Request)
Secretary of the Treasurer
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Special Request)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Special Request)
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

*First Class Mail*
(Special Request)
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
(Special Request)
Securities & Exchange Commission
Attn: Alan Maza
North East Regional Office
233 Broadway
New York NY 10279

*First Class Mail*
(Special Request)
Henry I. Rothman, Esq.
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building, 405 Lexington Avenue
New York, NY 10174

*First Class Mail*
(Counsel for Bessimer)
Richard Hall, esquire
Cravath, Swayne & Moore
Worldwide Plaza
825 Eighth Avenue
New York NY 10019

*First Class Mail*
(Counsel for Verizon Operating Telephone Companies)
Heath J. Vicente, Esquire
Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3450

*First Class Mail*
(Counsel for Crompton Corporation)
Jay L. Gottlieb, Esquire
Brown Raysman Millstein Felder & Steiner, L.L.P.
900 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel for Moorecraft Reels, Inc.)
James S. Livermon, III, Esquire
Poyner & Spruill LLP
130 S. Franklin Street
Rocky Mount, NC 27802-0353

*First Class Mail*
(Counsel for Glencore Ltd.)
Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

*First Class Mail*
(Pension Benefit Guarantee Corporation)
Isreal Goldowitz, Esquire
Sherease Pratt Louise, Esquire
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

*First Class Mail*
(Angelo Gordon Fund)
Todd Arden
Angelo Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

*First Class Mail*
(Counsel for BP Amoco Chemical Co.)
James E. Carr
Deborah Fried-Rubin
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*First Class Mail*
(Counsel for GE Supply/GE Support Services)
Glenn M. Reisman
Two Corporate Drive, Suite 636
P.O. Box 861
Shelton, CT 06484-0861

*First Class Mail*
(CSX Transportation Co.)
Ruth C. Salter
CSX Transportation Co.
301 West Bay Street
Jacksonville, FL 32202

*First Class Mail*
(Minnesota Mining and Manufacturing Company)
Michael F. McGrath, Esquire
Ravich Meyer Kirkman McGrath & Nauman, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*First Class Mail*
(Counsel for The Dow Chemical Company)
Anne Marie P. Kelley, Esquire
D. Sam Anderson, Esquire
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

*First Class Mail*
(Counsel for The Dow Chemical Company)
Scott Penncock, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

*First Class Mail*
(Counsel for General Electric Company (GE Industrial Systems Division))
Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

*First Class Mail*
(Counsel for Teachers Insurance and Annuity Association)
Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202-2790

*First Class Mail*
(Phelps Dodge Corporation)
Ira Schwarzwald
Phelps Dodge Corporation
1 North Central Avenue
Phoenix, AZ 85004

*First Class Mail*
(Counsel for Lyondell Chemical Company and Equistar Chemicals, LP)
Mark S. Finkelstein, Esquire
Shannon, Martin, Finkelstein & Sayre, P.C.
2400 Two Houston Center
909 Fannin Street
Houston, TX 77010

*First Class Mail*
(Counsel for Lyondell Chemical Company and Equistar Chemicals, LP)
J. Donald Hamilton
Director, Credit Services
Lyondell Chemical Company
Equistar Chemicals, LP
1221 McKinney, Suite 1600
Houston, TX 77010

*First Class Mail*
(Counsel for American Stock Transfer & Trust)
Herbert Lemmer, Esquire
American Stock Transfer & Trust Company
62-01 Fifteenth Avenue, 3rd Floor
Brooklyn, NY 11219

*First Class Mail*
)
Hong Liu
Corning Incorporated
One Riverfront Plaza, MP-HQ-E2-10
Corning, NY 14831

*First Class Mail*
(Counsel for Public Service Electric and Gas Company)
Suzanne M. Klar, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
(Counsel for Cirro Energy)
Russell W. Mills, Esquire
Laurie A. Spindler, Esquire
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001

*First Class Mail*
(Counsel for ProLogis Trust)
Edward J. Tredinnick, Esquire
Greene Radovsky Maloney & Share LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111-4106

*First Class Mail*
)
Bill Angelowitz
President
Daily Insights, Inc.
JAF Box 3127
New York, NY 10116

*First Class Mail*
)
Beverly H. Shideler, BS8399
IBM Corporation
Two Lincoln Center
Oakbrook Terrase, IL 60181

*First Class Mail*
(Counsel for Mitsubishi Polyester Film, Inc.)
David A. Greer, Esquire
Hofheimer Nusbaum, P.C.
Dominion Tower, Suite 1700
P.O. Box 3460
999 Waterside Drive
Norfolk, VA 23514-3460

*First Class Mail*
(Special Request)
Karen Veronica DeFio, Esquire
Bond, Schoeneck & King, PLLC
One Lincoln Center #1800
Syracuse, NY 13202-1355

*First Class Mail*
(Counsel for Web Industries, Inc.)
Richard A. Sheils, Jr., Esquire
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156

*First Class Mail*
(Special Request)
Bankruptcy Administration
IOS Capital, LLC
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
(Counsel for Georgia Gulf Corporation)
Bradley K. Reynolds, Esquire
Georgia Gulf Corporation
400 Perimeter Center Terrace, Suite 595
Atlanta, FA 30346

Superior Telecommunications
Cash Management Bank Overnight
Service List
Case No. 03-10607
Doc. #66003
01 – Hand Delivery
09 – Overnight Delivery
01 – Express Mail

(Counsel for the Debtors)
Pachulski Stang Ziehl Young & Jones
Laura Davis Jones, Esquire
Michael R. Seidl, Esquire
Curtis A. Hehn, Esquire
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
David Stevenson
Delaware Trust Capital Management
300 Delaware Avenue
9th Floor
DE5403
Wilmington, DE 19801

*Overnight Delivery*
Leah Banks
Athens First Bank & Trust Co.
124 Hancock Avenue
Athens, GA 30503

*Overnight Delivery*
Aida Lado
Deutsche Bank
60 Wall Street
NYC-60-2801
New York, NY 10005-2858

*Overnight Delivery*
Borys E. Terebenec
The Bank of Nova Scotia
44 King Street West
Toronto, Ontario M5H 1H1

*Overnight Delivery*
First Union of DE
214 North Hogan Street
5th Floor
Jacksonville, FL 32202

*Overnight Delivery*
Kay Chow
Citibank, NY
1748 Broadway
New York, NY 10019-1412

*Overnight Delivery*
Thomas H. Yorke
REFCO
525 Washington Blvd
36th Floor
Jersey City, NJ 07310

*Overnight Delivery*
L. Marc Shegowski
UBS/Paine Webber
100 Overlook Center
Suite 400
Princeton, NJ 08540

*Overnight Delivery*
Dan Bonine
First Kansas Bank
101 North Main
Hoisington, KS 67544

*Overnight Delivery*
Keith Clark
Citizen's National Bank
One Carnegie
Brownwood, TX 76801

*Express Mail*
Jennifer Shenkenberg
Sun Trust Bank
Mail Code 1962
P.O. Box 4418
Atlanta, GA 30302